JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LIPING LIN,<br>Petitioner,<br>v.<br>JAMES JANECHA, et al.,<br>Respondents. | Case No. 5:26-cv-04918-DFM<br>JUDGMENT |

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus issued on September 14, 2026,

IT IS ADJUDGED that the Petition is granted in part as to Count One. Count Two is DISMISSED without prejudice for failure to exhaust. Respondents shall release Petitioner Liping Lin (A# 216-334-824) from custody. Upon release, Respondents shall return Petitioner's personal belongings. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: September 16, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge